USDC SCAN INDEX SHEET







USA

SALMON

ACR
3:97-CR-00186
*1*
*CRINFO.*

FILED
JAN 16 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'97 cr 0186 IEG

| UNITED STATES OF AMERICA, | ) | Criminal Case No. |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | Title 21, U.S.C., Sections 841(a)(1) and 846 - Conspiracy to Possess With Intent To Distribute Marijuana |
| ELIZABETH A. SALMON (1), KIRSTEN E. GOODEMOTE (2), | ) ) ) | |
| Defendants. | ) | |

The United States Attorney charges:

Beginning at a date unknown to the grand jury and continuing up to and including July 1996, within the Southern District of California, and elsewhere, defendants ELIZABETH A. SALMON and KIRSTEN E. GOODEMOTE, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to possess with intent to distribute marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: January 16, 1997.

ALAN D. BERSIN
United States Attorney

SHERRI W. HOBSON
Assistant U.S. Attorney

SWH:cm
01/15/97